JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HAWES,<br><br>　　　　　　Plaintiff(s),<br><br>　　　　　v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, ET AL.,<br><br>　　　　　　Defendant(s). | Case No. EDCV 16-1623-DMG (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: October 19, 2018

　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　HONORABLE DOLLY M. GEE
　　　　　　　　　　　　　　　　　　United States District Judge